A CERTIFIED TRUE COPY
ATTEST

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: GENETICALLY MODIFIED RICE LITIGATION | MDL No. 1811 |

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-33)

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 273 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Sep 17, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

By Dana Stewart on Sep 17, 2009

**Sep 01, 2009**

Case 5:09-cv-00255-BRW   Document 2   Filed 09/22/09   Page 2 of 3

Page 1 of 2

**IN RE: GENETICALLY MODIFIED RICE LITIGATION**                              MDL No. 1811


**SCHEDULE CTO-33 - TAG-ALONG ACTIONS**


<u>**DIST. DIV. C.A. #**</u>                      <u>**CASE CAPTION**</u>

ARKANSAS EASTERN
   ARE  1   09-36         Mickey Doyle, et al. v. Bayer CropScience, LP, et al.
   ARE  2   09-109        Clinton McGraw, et al. v. Bayer CropScience, LP, et al.
   ARE  2   09-110        B.J. Hopson, Sr., et al v. Bayer CropScience, LP, et al.
   ARE  2   09-111        Henry Kelly v. Bayer CropScience, LP, et al.
   ARE  2   09-116        Kirk Brann, et al. v. Bayer CropScience, LP, et al.
   ARE  2   09-118        Stanley Bosnick v. Bayer CropScience, LP
   ARE  2   09-119        Eloise Bosnick Family Trust v. Bayer CropScience, LP
   ARE  2   09-120        Lanny Bosnick & Sons Partnership v. Bayer CropScience, LP
   ARE  2   09-121        Bosnick Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-126        Dean Davis, et al. v. Bayer CropScience, LP, et al.
   ARE  3   09-127        Jay Reiman, et al. v. Bayer CropScience, LP, et al.
   ARE  3   09-128        Darrell Brady, et al. v. Bayer CropScience, LP, et al.
   ARE  3   09-129        Steve Davis, et al. v. Bayer CropScience, LP, et al.
   ARE  3   09-130        Emit Ray Stone, Jr., et al. v. Bayer CropScience, LP, et al.
   ARE  3   09-131        Anna Claire Farms, Inc., et al. v. Bayer AG, et al.
   ARE  3   09-132        Bullard Farms, Inc., et al. v. Bayer AG, et al.
   ARE  3   09-134        Louiese Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-135        Ninety-Six Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-136        South Bayou Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-137        Tool Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-138        BC&MC Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-139        Blue Lake Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-140        Bosnick Family Trust v. Bayer CropScience, LP
   ARE  3   09-141        Long Grain Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-142        Long Rows, Inc. v. Bayer CropScience, LP
   ARE  4   09-677        Lane Oliver, et al. v. Bayer CropScience, LP, et al.
   ARE  4   09-678        Ronald Bauman, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-230        Jason Smith, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-231        Rick Siems, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-232        Jackie R. Banks, Jr. et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-234        Jay B. Coker, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-235        Stephen S. Hoskyn, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-237        Fred Gary Wilkes, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-239        Billy M. Long, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-240        Greg Hackney, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-241        James M. Craig, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-242        Wade Richter, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-243        Wendell Stratton, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-244        Kenneth Maier, Sr., et al. v. Bayer CropScience, LP, et al.

**MDL No. 1811 - Schedule CTO-33 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**     **CASE CAPTION**

ARKANSAS EASTERN
   ARE  5   09-245        Brad Haynes, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-246        James Noble, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-247        Curtis Simpson, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-248        Curt Moore, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-249        John Worring, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-250        Jon L. Baker, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-251        Brandon Rodgers, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-252        Ronny E. Dean, Sr., et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-253        Roy McCollum, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-254        Walter E. Daniel, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-255        Greg Kerksieck, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-256        Brooks Davis, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-257        John Ross, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-258        Hargrove Farms, Inc., et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-259        Gary Stone, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-260        Robert H. Dilday, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-261        Brent Clawitter, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-262        Talka Corp. v. Bayer CropScience, LP
   ARE  5   09-263        Stanley Welty v. Bayer CropScience, LP
   ARE  5   09-264        W.N. Gillison Revocable Trust v. Bayer CropScience, LP
   ARE  5   09-265        Dave Black, et al. v. Bayer CropScience, LP
   ARE  5   09-266        C.A. Clowers Family Co., Inc. v. Bayer CropScience, LP
   ARE  5   09-267        A&K Farms, Inc. v. Bayer CropScience, LP